■ TERRENCE FERRER, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 74308.)—Order of Court of Claims of the State of New York, New York County (Frank Rossetti, J.), entered on June 29, 1987, unanimously affirmed for the reasons stated by Frank Rossetti, J., without costs and without disbursements. Concur—Kupferman, J. P., Ross, Asch, Kassal and Ellerin, JJ. *[See,* 136 Misc 2d 218.]